1016

No. 86–1388. COMPTON COMMUNITY COLLEGE DISTRICT ET AL. *v.* NORTHWESTERN NATIONAL CASUALTY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1390. OHIO CITIZENS FOR RESPONSIBLE ENERGY, INC. *v.* NUCLEAR REGULATORY COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1391. RUSSELL ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (FRASER, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–1392. PHILADELPHIA FAST FOOD PARTNERSHIP ET AL. *v.* A. COPELAND ENTERPRISES ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1393. GISSENDANER MORTGAGE CO. ET AL. *v.* CENTRAL BANK OF THE SOUTH. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 86–1397. PHILLIPS ET AL. *v.* AMOCO OIL CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–1398. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* JOHNSON. Sup. Ct. Fla. Certiorari denied.

No. 86–1401. BEAZLEY *v.* STATE BAR OF GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 86–1402. CAMERON *v.* FOGARTY ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1404. MISSOURI PACIFIC RAILROAD CO. *v.* BESSE. Sup. Ct. Mo. Certiorari denied.

No. 86–1405. BOSE CORP. *v.* CONSUMERS UNION OF UNITED STATES, INC. C. A. 1st Cir. Certiorari denied.

No. 86–1407. WOODRING ET AL. *v.* MCQUADE. Super. Ct. Pa. Certiorari denied.